No. 4,748.—STATE ex rel. PHILLIP PRLJIA, Respondent, *v.* MAYOR OF THE CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided March 14, 1922.

PER CURIAM.—This cause this day came on for judgment and decision; whereupon, on consideration, the motion to substitute the administratrix of relator as respondent is denied, and it is ordered and adjudged that the purported appeal

taken from the judgment of the lower court be and it is hereby dismissed, for the reason that no judgment appears in the transcript.

*Mr. R. L. Clinton, Mr. E. D. Elderkin* and *Mr. J. O. Davies,* for Appellant.

*Messrs. Canning & Geagan,* for Respondent.